**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Case No.** 20-20012-CM-JPO |
| **DERRICK E. CARR** | |
| **Defendant.** | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 9, 2019, in the District of Kansas, the defendant,

**DERRICK E. CARR,**

knowingly and unlawfully made false and fictitious written statements to Custombilt Firearms Manufacturing LLC, d/b/a The Bullet Hole, a licensed firearms dealer, that is, he denied that he had been convicted in any court of a felony for which the judge could imprison him for more than a year, when in fact he knew that in 2004, he was convicted in the United States District Court for the District of Kansas, case number 2:03CR20144-001-GTV, of Distribution of 5 Grams or More of Cocaine Base, a class B felony; which statements were intended and likely to deceive Custombilt Firearms Manufacturing LLC, d/b/a The Bullet Hole, as to a fact material to the lawfulness of such sale and acquisition of a firearm, in connection with the acquisition and attempted acquisition by the defendant

1

of a firearm, that is, a 30-06 gauge Savage Arms rifle, serial number G860976; in violation

of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

A TRUE BILL.

DATED: February 13, 2020                  *s/ Foreperson*
                                          FOREPERSON OF THE GRAND JURY


*s/ Terra D. Morehead #12759*
STEPHEN R. MCALLISTER, Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.McAllister@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Count 1 – Making False Statements in Acquisition of Firearms, 18 U.S.C. § § 922(a)(6) & 924(a)(2)**

- NMT 10 years Imprisonment;
- NMT $250,000.00 Fine;
- NMT 3 years S.R.; and,
- $100 Special Assessment.

3